| | |
|---|---|
| 1  Name: BRENT BATEMAN | |
| 2  Address: 5207 BEEMAN AVENUE | FILED |
| 3 | 2012 NOV 21 PM 2:48 |
| 4  Phone: 310.210.2858 | CLERK U.S. DISTRICT COURT |
| 5  Fax: N/A | CENTRAL DIST. OF CALIF. |
| 6  In Pro Per | LOS ANGELES |
| | BY: |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT BATEMAN | CASE NUMBER: |
| Plaintiff | CV12-09291 MWF-JC |
| v. | |
| Associated Press, Time Warner, News Corp., Viacom, Inc., NBC Universal, Walt Disney Company, Comcast, CCC | MOTION FOR TRIAL JUDGE RECUSAL  DATE: 1-7-2013  TIME: 10 AM  PLACE: COURTROOM 1600 |
| Defendant(s). | |

17 Plaintiff BRENT BATEMAN, doing business as film distribution firm, RACE FOR THE TRUTH,
18 through legal Pro Per, hereby requests the Recusal of newly assigned Judge Michael W. Fitsgerald,
19 as per 28 of the U.S.C. sec. 144, captioned "Bias or prejudice of judge," provides that under
20 circumstances, when a party to a case in a United States District Court files a "timely and sufficient
21 Motion that the judge before whom the matter is pending has a personal bias or prejudice either
22 against him or in favor of an adverse party," the case shall be transferred to another judge.
23 The general rule is that to warrant Recusal, a judge's expression of an opinion about the merits of a
24 case or familiarity with the facts or the parties must have originated in a source outside the case
25 itself. This is referred to in the United States as the "extra-judicial source rule" and was recognized
26 as a general presumption, although not an invariable one, in the 1994 U.S. Supreme Court decision
27 in Liteky v. United States. DATE OF ORIGINAL MOTION IS JANUARY 7, 2013 AT
28 10 AM IN COURTROOM 1600 AT 312 N. SPRING ST., CENTRAL DIV.

-1-

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

1. As Judge Michael W. Fitsgerald was appointed by Barack Hussien Obama in 2011, this constitutes a
2. direct and blaring conflict in which to recuse Fitsgerald from presiding over this case, as the
3. authenticity of Barack Hussein Obama birth records and documents are at the center of this case,
4. and in no way legally can Fitsgerald preside unbiased in this case as per United States Code, Section
5. 28 mentioned above.

7. 11-21-2012

*[signature: Brent Bateman]*
BRENT BATEMAN

CV-127 (09-09)     **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**