UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT BATEMAN, <br><br> Plaintiff, <br><br> vs. <br><br> ASSOCIATED PRESS, et al., <br><br> Defendants. | CASE NO. CV12-9291-MWF(JCx) <br><br> ORDER |

Plaintiff Brent Bateman moves to recuse the Honorable Michael W. Fitzgerald.

The Court has reviewed plaintiff's motion and has considered the allegations made by plaintiff.

Plaintiff alleges no fact that suggest that Judge Fitzgerald is biased or prejudiced against him.

Plaintiff's motion in that respect is frivolous.

The motion is denied.

DATED: November 27, 2012.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE