SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
GUYLYN R. CUMMINS, Cal. Bar No. 122445
gcummins@sheppardmullin.com
VALERIE E. ALTER, Cal. Bar No. 239905
valter@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815

Attorneys for Defendants
CLEAR CHANNEL
COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

BRENT BATEMAN,

Plaintiff,

v.

ASSOCIATED PRESS, TIME WARNER, NEWS CORP, VIACOM, INC., NBC UNIVERSAL, WALT DISNEY COMPANY, COMCAST, CCC;

Defendant(s).

Case No. 2:12-cv-09291-MWF-JC

**DEFENDANT CLEAR CHANNEL COMMUNICATIONS, INC.'S NOTICE OF JOINDER IN MOTION TO DISMISS FILED BY DEFENDANTS VIACOM INC., NBCUNIVERSAL MEDIA, LLC, COMCAST CORPORATION, NEWS CORP, THE WALT DISNEY COMPANY, AND TIME WARNER INC.**

[Complaint Filed: November 13, 2012
Complaint Served: December 7, 2012]

TO THE ABOVE-CAPTIONED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Clear Channel Communications, Inc. hereby joins the motion to dismiss filed by Defendants Viacom Inc., NBCUniversal Media, LLC, Comcast Corporation, News Corp, The Walt Disney Company, and Time Warner Inc.

Dated: January 3, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s *Valerie E. Alter*
VALERIE E. ALTER

Attorneys for Defendants
CLEAR CHANNEL COMMUNICATIONS, INC.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067-6055.

On **January 3, 2013**, I served true copies of the following document(s) described as **DEFENDANT CLEAR CHANNEL COMMUNICATIONS, INC.'S NOTICE OF JOINDER IN MOTION TO DISMISS FILED BY DEFENDANTS VIACOM INC., NBCUNIVERSAL MEDIA, LLC, COMCAST CORPORATION, NEWS CORP, THE WALT DISNEY COMPANY, AND TIME WARNER INC.** on the interested parties in this action as follows:

Brent Bateman
5207 Beeman Avenue
Valley Village, CA 91607
Telephone: (310) 210-2858

☐**BY EXPRESS MAIL:** I enclosed said document(s) in an envelope or package provided by the United States Postal Service and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the United States Postal Service.

☒**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **January 3, 2013**, at Los Angeles, California.

Natalie Aronstein