1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GUYLYN R. CUMMINS, Cal. Bar No. 122445
3  gcummins@sheppardmullin.com
   VALERIE E. ALTER, Cal. Bar No. 239905
4  valter@sheppardmullin.com
   501 West Broadway, 19th Floor
5  San Diego, California 92101-3598
   Telephone:   619.338.6500
6  Facsimile:   619.234.3815

7  Attorneys for Defendants
   CLEAR CHANNEL
8  COMMUNICATIONS, INC.

9

10              UNITED STATES DISTRICT COURT

11      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13  BRENT BATEMAN,                        Case No. 2:12-cv-09291-MWF-JC

14           Plaintiff,
                                          **DEFENDANT CLEAR CHANNEL
15      v.                                COMMUNICATIONS, INC.'S
                                          NOTICE OF NON-OPPOSITION
16  ASSOCIATED PRESS, TIME                TO MOTION TO DISMISS**
    WARNER, NEWS CORP, VIACOM,
17  INC., NBC UNIVERSAL, WALT
    DISNEY COMPANY, COMCAST,              [Complaint Filed:   November 13, 2012
18  CCC;                                  Complaint Served:  December 7, 2012]

19           Defendant(s).

20

21

22

23

24

25

26

27

28

SMRH:407897915.1

1  TO THE ABOVE-CAPTIONED COURT AND TO ALL PARTIES AND THEIR

2  COUNSEL OF RECORD:

3          PLEASE TAKE NOTICE that on December 26, 2012, Defendant Clear

4  Channel Communications, Inc. ("Clear Channel") filed a motion to dismiss Plaintiff

5  Brent Bateman's Complaint. (ECF Doc. No. 14.)  The hearing on the motion is

6  scheduled to take place on January 28, 2013.  Plaintiff's Opposition was due on

7  January 7, 2013, 21 days prior to the hearing, pursuant to the Local Rule 7-9.

8          As of the filing of this Notice, Clear Channel has not received any

9  papers from Plaintiff in opposition to its motion.  Pursuant to Local Rule 7-12,

10 "[t]he failure to file any required document, or the failure to file it within the

11 deadline, may be deemed consent to the granting or denial of the motion."  Clear

12 Channel thus respectfully requests that the Court (1) deem Plaintiff to have

13 consented to the granting of Clear Channel's motion and (2) grant Clear Channel's

14 motion to dismiss in its entirety.

15

16 Dated:  January 14, 2013

17                              SHEPPARD, MULLIN, RICHTER &
                                HAMPTON LLP
18

19

20              By        _____/s Valerie E. Alter_____
                                    VALERIE E. ALTER
21

22                              Attorneys for Defendants
                          CLEAR CHANNEL COMMUNICATIONS,
23                                        INC.

24

25

26

27

28

SMRH:407897915.1                          -1-

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067-6055.

On **January 14, 2013**, I served true copies of the following document(s) described as **DEFENDANT CLEAR CHANNEL COMMUNICATIONS, INC.'S NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS** on the interested parties in this action as follows:

Brent Bateman
5207 Beeman Avenue
Valley Village, CA 91607
Telephone: (310) 210-2858

☐**BY EXPRESS MAIL:** I enclosed said document(s) in an envelope or package provided by the United States Postal Service and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the United States Postal Service.

☒**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **January 14, 2013**, at Los Angeles, California.

_____
Natalie Aronstein

SMRH:407712320.1                    -1-